DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRY LINCOLN SMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1695

[July 27, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Steven J. Levin, Judge; L.T. Case No. 562010CF002980A.

Henry Lincoln Smith, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CIKLIN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***